UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EGG WORKS HOLDING COMPANY, LLC, a Nevada limited liability company; E & I, CATERING, LLC, a Nevada limited liability company; EW LIVE, LLC dba EGG WORKS, a Nevada limited liability company; EGG AND I, LLC a Nevada limited liability company; EGG WORKS, LLC, a Nevada limited-liability company; EGG WORKS 2, LLC, a Nevada limited-liability company; EGG WORKS 3, LLC, a Nevada limited-liability company; EGG WORKS 4, LLC, a Nevada limited-liability company; EGG WORKS 5, LLC, a Nevada limited-liability company; EGG WORKS 6, LLC, a Nevada limited-liability company; and EW COMMISSARY, LLC, a Nevada limited-liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ACUITY, A Mutual Insurance Company, a Wisconsin corporation,<br><br>Defendant. | Case No.: 2:20-cv-00748 -RFB-VCF<br><br>**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Presently before the Court is Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (ECF No. 21). The Court grants the Motion and enters the following order:

The deadline for Defendant to serve and file its response to Plaintiffs' Complaint is extended to **June 25, 2020**.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-22-2020

PAGE 1