Gregg A. Hubley, Esq. (Nev. Bar No. 7386)
Christopher A.J. Swift, Esq. (Nev. Bar No. 11291)
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
7201 W. Lake Mead Blvd., Suite 570
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile: (702) 909 7865
Email: gregg@aswtlawyers.com
Email: christopher@aswtlawyers.com

Mike Arias, Esq. (Cal. Bar No. 115385)*
Alfredo Torrijos, Esq. (Cal. Bar No. 222458)*
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Email: mike@aswtlawyers.com
Email: alfredo@aswtlawyers.com

Alan Brayton, Esq. (Cal Bar No. 73685)*
Gilbert Purcell, Esq. (Cal Bar No. 113603)*
James Nevin, Esq. (Cal. Bar No. 220816)*
Andrew Chew, Esq. (Cal. Bar No. 225679)*
**BRAYTON PURCELL, LLP**
222 Rush Landing Road
Novato, California 94945
Telephone: (800) 598-0314
Email: abrayton@braytonlaw.com
Email: gpurcell@braytonlaw.com
Email: jnevin@braytonlaw.com
Email: achew@braytonlaw.com

*Attorneys for Plaintiffs and the Proposed Class*
\* *pro hac vice* pending

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EGG WORKS HOLDING COMPANY, LLC, a Nevada limited liability company; E & I, CATERING, LLC, a Nevada limited liability company; EW LIVE, LLC dba EGG WORKS, a Nevada limited liability company; EGG AND I, LLC a Nevada limited liability company; EGG WORKS, LLC, a Nevada limited-liability company; EGG WORKS 2, LLC, a Nevada limited-liability company; EGG WORKS 3, LLC, a Nevada limited-liability company; EGG WORKS 4, LLC, a Nevada limited-liability company; EGG WORKS 5, LLC, a Nevada limited-liability company; EGG WORKS 6, LLC, a Nevada limited-liability company; and EW COMMISSARY, LLC, a Nevada limited- | Case No: 2:20-cv-00748-RFB-VCF<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME TO RESPOND TO DEFENDANT ACUITY'S MOTION TO DISMISS [ECF NO. 34]**<br><br>**[First Request]** |

- 1 -

292453

|   |   |
|---|---|
| 1 | liability company, |
| 2 | Plaintiffs, |
| 3 | |
| 4 | vs. |
| 5 | ACUITY, A Mutual Insurance Company, a Wisconsin corporation, |
| 6 | Defendants. |
| 7 | |

## STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME TO RESPOND TO DEFENDANT ACUITY'S MOTION TO DISMISS [ECF NO. 34]

Plaintiffs Egg Works Holding Company, LLC, *et al.*, by and through their attorneys of record, the law firm of Arias Sanguinetti Wang & Torrijos, LLP and the law firm of Brayton Purcell, LLP, and Defendant Acuity, by and through their attorneys of record Resnick & Louis, P.C. and Zelle LLP, hereby stipulate to extend time for Plaintiffs to respond to Defendant's Motion to Dismiss [ECF No. 34] filed with this Court on June 25, 2020. The Parties respectfully request that this Court extend the time for Plaintiffs' Response to July 23, 2020. The Parties also stipulate that the Court extend Defendant's time to file its Reply for one additional week, to August 6, 2020.

This is Plaintiffs' first request for an extension. Due to the COVID-19 pandemic and office closures, Plaintiffs' counsel is unable to meet the current deadline of July 9, 2020 and requests a two-week extension on the Response to the Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated:  July 9, 2020

| | |
|---|---|
| **ARIAS SANGUINETTI WANG & TORRIJOS, LLP** | **RESNICK & LOUIS, P.C.** |
| */s/ Christopher A.J. Swift* <br> Gregg A. Hubley, Esq. <br> Nev. Bar No. 7386 <br> Christopher A.J. Swift, Esq. <br> Nev. Bar No. 11291 <br> 7201 W. Lake Mead Blvd., Suite 570 <br> Las Vegas, Nevada 89128 <br> Telephone: (702) 789-7529 <br> Facsimile: (702) 909 7865 | */s/ Qianwei Fu* <br> Prescott Jones <br> **RESNICK & LOUIS, P.C.** <br> 8925 W. Russell Road, Suite 220 <br> Las Vegas, NV 89148 <br> Telephone: (702) 997-3800 <br> Email: pjones@rlattorneys.com <br><br> Mitchell J. Resnick <br> Roger Strassburg |

292453

| | |
|---|---|
| Mike Arias, Esq.<br>Cal. Bar No. 115385<br>Alfredo Torrijos, Esq.<br>Cal. Bar No. 222458<br>6701 Center Drive West, 14th Floor<br>Los Angeles, California 90045<br>Telephone: (310) 844-9696<br><br>**BRAYTON PURCELL, LLP**<br>Alan Brayton, Esq.<br>Cal Bar No. 73685<br>Gilbert Purcell, Esq.<br>Cal Bar No. 113603<br>James Nevin, Esq.<br>Cal. Bar No. 220816<br>Andrew Chew, Esq.<br>Cal. Bar No. 225679<br>222 Rush Landing Road<br>Novato, California 94945<br>Telephone: (800) 598-0314<br><br>*Counsel for Plaintiffs and the Proposed Class* | Elizabeth E. Martini (*admitted pro hac vice*)<br>**RESNICK & LOUIS, P.C.**<br>8111 E. Indian Bend Road<br>Scottsdale, AZ 85250<br>Telephone: (602) 456-6776<br>Email: mresnick@rlattorneys.com<br>Email: rstrassburg@rlattorneys.com<br>Email: emartini@rlattorneys.com<br><br>Steven J. Badger (*admitted pro hac vice*)<br>**ZELLE LLP**<br>901 Main Street, Suite 4000<br>Dallas, TX 75202<br>Telephone: (214) 742-3000<br>Email: sbadger@zelle.com<br><br>James R. Martin (*admitted pro hac vice*)<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue NW<br>Washington, DC 200006<br>Telephone: (202) 899-4101<br>Email: jmartin@zelle.com<br><br>Lindsey A. Davis (*admitted pro hac vice*)<br>**ZELLE LLP**<br>500 Washington Avenue So., Suite 4000<br>Minneapolis, MN 55415<br>Telephone: (612) 336-9100<br>Email: ldavis@zelle.com<br><br>Qianwei Fu (*admitted pro hac vice*)<br>**ZELLE LLP**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 633-1906<br>Email: qfu@zelle.com<br><br>*Counsel for Defendant ACUITY, A Mutual Insurance Company* |

**ORDER**

**IT IS SO ORDERED:**

*DATED:* __July 13, 2020.__

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

- 3 -

292453

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, I served a true and correct copy of **STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME TO RESPOND TO DEFENDANT ACUITY'S MOTION TO DISMISS [ECF NO. 34]** upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 9th day of July, 2020 at Las Vegas, Nevada.

/s/ *Dana K. Taylor*
Dana K. Taylor, Paralegal

292453