Gregg A. Hubley, Esq. (Nev. Bar No. 7386)
Christopher A.J. Swift, Esq. (Nev. Bar No. 11291)
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
7201 W. Lake Mead Blvd., Suite 570
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile: (702) 909 7865
Email: gregg@aswtlawyers.com
Email: christopher@aswtlawyers.com

Mike Arias, Esq. (Cal. Bar No. 115385)*
Alfredo Torrijos, Esq. (Cal. Bar No. 222458)*
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Email: mike@aswtlawyers.com
Email: alfredo@aswtlawyers.com

Alan Brayton, Esq. (Cal Bar No. 73685)*
Gilbert Purcell, Esq. (Cal Bar No. 113603)*
James Nevin, Esq. (Cal. Bar No. 220816)*
Andrew Chew, Esq. (Cal. Bar No. 225679)*
**BRAYTON PURCELL, LLP**
222 Rush Landing Road
Novato, California 94945
Telephone: (800) 598-0314
Email: abrayton@braytonlaw.com
Email: gpurcell@braytonlaw.com
Email: jnevin@braytonlaw.com
Email: achew@braytonlaw.com

*Attorneys for Plaintiffs and the Proposed Class*
\* *pro hac vice* admitted

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EGG WORKS HOLDING COMPANY, LLC, a Nevada limited liability company; E & I, CATERING, LLC, a Nevada limited liability company; EW LIVE, LLC dba EGG WORKS, a Nevada limited liability company; EGG AND I, LLC a Nevada limited liability company; EGG WORKS 2, LLC, a Nevada limited-liability company; EGG WORKS 3, LLC, a Nevada limited-liability company; EGG WORKS 4, LLC, a Nevada limited-liability company; EGG WORKS 5, LLC, a Nevada limited-liability company; and EGG WORKS 6, LLC, a Nevada limited-liability company,<br><br>Plaintiffs, | Case No: 2:20-cv-00748-RFB-VCF<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME TO RESPOND TO DEFENDANT ACUITY'S MOTION TO DISMISS [ECF NO. 47]**<br><br>**[Second Request]** |

vs.

ACUITY, A Mutual Insurance Company, a Wisconsin corporation,

Defendant.

### STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT ACUITY'S MOTION TO DISMISS [ECF NO. 47]

Plaintiffs Egg Works Holding Company, LLC, *et al.*, by and through their attorneys of record, the law firm of Arias Sanguinetti Wang & Torrijos, LLP and the law firm of Brayton Purcell, LLP, and Defendant Acuity, A Mutual Insurance Company, by and through their attorneys of record, the law firm of Resnick & Louis, P.C. and the law firm of Zelle LLP, hereby stipulate to extend time for Plaintiffs to respond to Defendant's Motion to Dismiss [ECF No. 47] filed with this Court on August 3, 2020. The Parties respectfully request that this Court extend the time for Plaintiffs' Response to August 24, 2020.

This is Plaintiffs' second request for an extension. *See* ECF No. 41. Due to the COVID-19 pandemic and office closures, Plaintiffs' counsel is unable to meet the current deadline of August 17, 2020, and requests a one-week extension on the Response to the Motion to Dismiss.

**IT IS SO STIPULATED**

Dated: August 17, 2020.

**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

*/s/ Christopher A.J. Swift*
Gregg A. Hubley, Esq.
Christopher A.J. Swift, Esq.
7201 W. Lake Mead Blvd., Suite 570
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile: (702) 909 7865
Email: gregg@aswtlawyers.com
Email: christopher@aswtlawyers.com

Mike Arias, Esq. (*admitted pro hac vice*)
Alfredo Torrijos, Esq. (*admitted pro hac vice*)
6701 Center Drive West, 14th Floor
Los Angeles, California 90045

*/s/ Lindsey A. Davis*
Lindsey A. Davis (*admitted pro hac vice*)
**ZELLE LLP**
500 Washington Avenue So., Suite 4000
Minneapolis, MN  55415
Telephone: (612) 336-9100
Email:  ldavis@zelle.com

Prescott Jones
**RESNICK & LOUIS, P.C.**
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Email: pjones@rlattorneys.com

- 2 -

296682.DOC

| | |
|---|---|
| Telephone: (310) 844-9696<br>Email: mike@aswtlawyers.com<br>Email: alfredo@aswtlawyers.com<br><br>**BRAYTON PURCELL, LLP**<br>Alan Brayton, Esq. (*admitted pro hac vice*)<br>Gilbert Purcell, Esq. (*admitted pro hac vice*)<br>Andrew Chew, Esq. (*admitted pro hac vice*)<br>222 Rush Landing Road<br>Novato, California 94945<br>Telephone: (800) 598-0314<br>Email: abrayton@braytonlaw.com<br>Email: gpurcell@braytonlaw.com<br>Email: jnevin@braytonlaw.com<br>Email: achew@braytonlaw.com<br><br>***Counsel for Plaintiffs and the Proposed Class*** | Mitchell J. Resnick<br>Roger Strassburg<br>Elisabeth E. Martini (*pro hac vice pending*)<br>**RESNICK & LOUIS, P.C.**<br>8111 E. Indian Bend Road<br>Scottsdale, AZ 85250<br>Telephone: (602) 456-6776<br>Email: mresnick@rlattorneys.com<br>Email: rstrassburg@rlattorneys.com<br>Email: emartini@rlattorneys.com<br><br>Steven J. Badger (*admitted pro hac vice*)<br>**ZELLE LLP**<br>901 Main Street, Suite 4000<br>Dallas, TX  75202<br>Telephone: (214) 742-3000<br>Email: sbadger@zelle.com<br><br>James R. Martin (*admitted pro hac vice*)<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue NW<br>Washington, DC 200006<br>Telephone: (202) 899-4101<br>Email: jmartin@zelle.com<br><br>Qianwei Fu (*admitted pro hac vice*)<br>**ZELLE LLP**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 633-1906<br>Email: qfu@zelle.com<br><br>***Counsel for Defendant ACUITY, A Mutual Insurance Company*** |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   19th day of August, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, I served a true and correct copy of **STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME TO RESPOND TO DEFENDANT ACUITY'S MOTION TO DISMISS [ECF NO. 47] [Second Request]** upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 18th day of August, 2020, at Las Vegas, Nevada.

 /s/ Dana K. Taylor
 An Employee of **ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

296682.DOC