# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EGG WORKS HOLDING COMPANY, LLC, a Nevada limited liability company; E & I, CATERING, LLC, a Nevada limited liability company; EW LIVE, LLC dba EGG WORKS, a Nevada limited liability company; EGG AND I, LLC a Nevada limited liability company; EGG WORKS 2, LLC, a Nevada limited-liability company; EGG WORKS 3, LLC, a Nevada limited-liability company; EGG WORKS 4, LLC, a Nevada limited-liability company; EGG WORKS 5, LLC, a Nevada limited-liability company; EGG WORKS 6, LLC, a Nevada limited-liability company, <br><br> Plaintiff, <br><br> vs. <br><br> ACUITY, A Mutual Insurance Company, a Wisconsin corporation, <br><br> Defendant. | 2:20-cv-00748-RFB-VCF <br> **ORDER** |

On October 28, 2020, as part of my order staying discovery, ECF No. 75, I ordered the parties to file a discovery plan and scheduling order two weeks after a ruling on the then pending motion to dismiss, ECF No. 47.

On March 24, 2021, Judge Boulware entered a minute order, ECF No. 97, denying ECF No. 47 without prejudice, permitting limited discovery and setting a June 27, 2021, deadline for defendant to file a motion for partial summary judgment.

Accordingly,

IT IS HEREBY ORDERED that the deadline for the parties to file a discovery plan and scheduling order is continued until July 12, 2021. In the event defendant files a timely motion for partial summary judgment, the deadline for the parties to file a discovery plan and scheduling order will be continued until

two weeks after Judge Boulware rules on that motion, if the case is not closed as a result of his ruling.

DATED this 29th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE