Gregg A. Hubley, Esq. (Nev. Bar No. 7386)
Christopher A.J. Swift, Esq. (Nev. Bar No. 11291)
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
7201 W. Lake Mead Blvd., Suite 570
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile: (702) 909 7865
Email: gregg@aswtlawyers.com
Email: christopher@aswtlawyers.com

Mike Arias, Esq. (Cal. Bar No. 115385)*
Alfredo Torrijos, Esq. (Cal. Bar No. 222458)*
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Email: mike@aswtlawyers.com
Email: alfredo@aswtlawyers.com

Alan Brayton, Esq. (Cal Bar No. 73685)*
Gilbert Purcell, Esq. (Cal Bar No. 113603)*
James Nevin, Esq. (Cal. Bar No. 220816)*
Andrew Chew, Esq. (Cal. Bar No. 225679)*
**BRAYTON PURCELL, LLP**
222 Rush Landing Road
Novato, California 94945
Telephone: (800) 598-0314
Email: abrayton@braytonlaw.com
Email: gpurcell@braytonlaw.com
Email: jnevin@braytonlaw.com
Email: achew@braytonlaw.com

*Attorneys for Plaintiffs and the Proposed Class*
* *pro hac vice admitted*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EGG WORKS HOLDING COMPANY, LLC, a Nevada limited liability company; E & I, CATERING, LLC, a Nevada limited liability company; EW LIVE, LLC dba EGG WORKS, a Nevada limited liability company; EGG AND I, LLC a Nevada limited liability company; EGG WORKS 2, LLC, a Nevada limited-liability company; EGG WORKS 3, LLC, a Nevada limited-liability company; EGG WORKS 4, LLC, a Nevada limited-liability company; EGG WORKS 5, LLC, a Nevada limited-liability company; and EGG WORKS 6, LLC, a Nevada limited-liability company;, <br><br> Plaintiffs, | Case No:  2:20-cv-00748-RFB-VCF <br><br> **STIPULATION [AND PROPOSED ORDER] TO DISMISS WITH PREJUDICE** |

- 1 -

1  vs.

2  ACUITY, A Mutual Insurance Company, a Wisconsin corporation,

3

4      Defendant.

## STIPULATION [AND PROPOSED ORDER] TO DISMISS WITH PREJUDICE

Plaintiffs Egg Works Holding Company, LLC, *et al.*, by and through their attorneys of record, the law firm of Arias Sanguinetti Wang & Torrijos, LLP and the law firm of Brayton Purcell, LLP, and Defendant Acuity, A Mutual Insurance Company, by and through their attorneys of record, Resnick & Louis, P.C. and Zelle LLP, hereby stipulate that Plaintiffs' action against Defendant may be and is hereby dismissed with prejudice and without fees and costs to any of the parties to this action.

**IT IS SO STIPULATED AND AGREED TO BY:**

Dated: July 27, 2021

| **ARIAS SANGUINETTI WANG & TORRIJOS, LLP** | **RESNICK & LOUIS, P.C.** |
|---|---|
| */s/ Christopher A.J. Swift*<br>Gregg A. Hubley, Esq.<br>Nev. Bar No. 7386<br>Christopher A.J. Swift, Esq.<br>Nev. Bar No. 11291<br>7201 W. Lake Mead Blvd., Suite 570<br>Las Vegas, Nevada 89128<br>Telephone: (702) 789-7529<br>Facsimile: (702) 909 7865<br><br>Mike Arias, Esq.<br>Cal. Bar No. 115385<br>Alfredo Torrijos, Esq.<br>Cal. Bar No. 222458<br>6701 Center Drive West, 14th Floor<br>Los Angeles, California 90045<br>Telephone: (310) 844-9696<br><br>**BRAYTON PURCELL, LLP**<br>Alan Brayton, Esq.<br>Cal Bar No. 73685<br>Gilbert Purcell, Esq.<br>Cal Bar No. 113603<br>James Nevin, Esq.<br>Cal. Bar No. 220816<br>Andrew Chew, Esq.<br>Cal. Bar No. 225679<br>222 Rush Landing Road | */s/ Lindsey A. Davis*<br>Prescott Jones<br>**RESNICK & LOUIS, P.C.**<br>8925 W. Russell Road, Suite 220<br>Las Vegas, NV 89148<br>Telephone: (702) 997-3800<br>Email: pjones@rlattorneys.com<br><br>Mitchell J. Resnick<br>Roger Strassburg<br>Elisabeth E. Martini (*admitted pro hac vice*)<br>**RESNICK & LOUIS, P.C.**<br>8111 E. Indian Bend Road<br>Scottsdale, AZ 85250<br>Telephone: (602) 456-6776<br>Email: mresnick@rlattorneys.com<br>Email: rstrassburg@rlattorneys.com<br>Email: emartini@rlattorneys.com<br><br>Steven J. Badger (*admitted pro hac vice*)<br>**ZELLE LLP**<br>901 Main Street, Suite 4000<br>Dallas, TX  75202<br>Telephone: (214) 742-3000<br>Email: sbadger@zelle.com |

| | |
|---|---|
| Novato, California 94945<br>Telephone: (800) 598-0314<br><br>**Counsel for Plaintiffs and the Proposed Class** | James R. Martin (*admitted pro hac vice*)<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue NW<br>Washington, DC 200006<br>Telephone: (202) 899-4101<br>Email:  jmartin@zelle.com<br><br>Lindsey A. Davis (*admitted pro hac vice*)<br>**ZELLE LLP**<br>500 Washington Avenue So., Suite 4000<br>Minneapolis, MN  55415<br>Telephone: (612) 336-9100<br>Email:  ldavis@zelle.com<br><br>Qianwei Fu (*admitted pro hac vice*)<br>**ZELLE LLP**<br>555 City Center, 555 12th St., Suite 1230<br>Oakland, CA 94607<br>Telephone: (415) 633-1906<br>Email: qfu@zelle.com<br><br>***Counsel for Defendant ACUITY, A Mutual Insurance Company*** |

**ORDER**

**IT IS SO ORDERED:**

*DATED*: July 28, 2021

_____
RICHARD E. BOULWARE, II
United States District Court

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2021, I served a true and correct copy of **STIPULATION [AND PROPOSED ORDER] TO DISMISS WITH PREJUDICE** upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 27th day of July, 2021 at Las Vegas, Nevada.

/s/ JoLynne Shaffer

- 4 -